## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte |
| v. | : | Mag. No. 25-16219 |
| JOSE LUIS UYU-AGUIN | : | **CRIMINAL COMPLAINT** |

I, Jonathan M. Colon, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Deportation Officer with United States Immigration and Customs Enforcement, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*/s/ Jonathan M. Colon*
_____
Jonathan M. Colon, Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

Officer Colon attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 6th day of October 2025.

_____
Hon. José R. Almonte
United States Magistrate Judge

## ATTACHMENT A

### Count One

### (Illegal Reentry)

On or after January 8, 2025, and on or before September 27, 2025, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**JOSE LUIS UYU-AGUIN,**

being an alien who was deported and removed and having departed from the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security of the United States or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about September 23, 2025, was found in, the United States.

In violation of Title 8, United States Code, Sections 1326(a).

## Count Two

### (Assaulting, Resisting, and Impeding Certain Officers or Employees)

On or about September 27, 2025, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**JOSE LUIS UYU-AGUIN,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, namely, one or more Special Agents employed by the United States Department of State, Diplomatic Security Service, while the Special Agents were engaged in and on account of the performance of the Special Agents' official duties, involving physical contact.

In violation of Title 18, United States Code, Section 111(a)(1).

**ATTACHMENT B**

I, Jonathan M. Colon, am a Deportation Officer in the Enforcement and Removal Operations unit of U.S. Immigration and Customs Enforcement ("ICE"). The information contained in this complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including immigration records and other documents. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. The defendant, JOSE LUIS UYU-AGUIN ("UYU-AGUIN"), is a citizen of Guatemala and is not a citizen of the United States.

2. On an unknown date prior to April 12, 2007, UYU-AGUIN entered the United States.

3. On or about October 1, 2019, an Immigration Judge in Newark, New Jersey, ordered UYU-AGUIN removed from the United States in absentia. UYU-AGUIN was notified in writing by the Immigration Court of his October 1, 2019 Immigration Court hearing, but did not attend.

4. On or about December 11, 2024, the Clifton Police Department in Clifton, New Jersey, arrested UYU-AGUIN for a domestic violence simple assault, simple assault threats, and false imprisonment.[1]

5. On or about December 13, 2024, ICE administratively arrested UYU-AGUIN. On or about January 8, 2025, UYU-AGUIN was removed from the United States to Guatemala. Shortly before UYU-AGUIN was removed, ICE took a photograph of UYU-AGUIN's face. ICE flight records further indicate that UYU-AGUIN was placed on a flight from Alexandria, Louisiana, to Guatemala City, Guatemala, on or about January 8, 2025.

6. Following his January 2025 removal, UYU-AGUIN re-entered the United States without permission on an unknown date and was found in the United States on or about September 27, 2025.

---

[1] These charges were dismissed on July 21, 2025, after UYU-AGUIN was removed from the United States.

7. Specifically, on or about September 27, 2025, Special Agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Department of Homeland Security – Homeland Security Investigations ("HSI") encountered UYU-AGUIN during a targeted operation to enforce a removal order.

8. On or about the morning of September 27, 2025, two Special Agents from ATF and one Special Agent from HSI observed UYU-AGUIN driving a vehicle in and around North Bergen, New Jersey. All three Special Agents displayed their law enforcement badges and wore police tactical vest carriers displaying the word "police" and the names of their respective agencies.

9. The ATF and HSI Special Agents used the red and blue police lights and police sirens on their vehicles to conduct a traffic stop of UYU-AGUIN's vehicle. Initially, UYU-AGUIN attempted to drive away through the law enforcement vehicles; as such, the Special Agents used their vehicles to block UYU-AGUIN's vehicle from escaping.

10. Once UYU-AGUIN's vehicle was stationary, the Special Agents approached UYU-AGUIN's vehicle from both the driver's and passenger's sides, opened the vehicle doors on both sides, and repeatedly ordered UYU-AGUIN to stop operating the vehicle, show his hands, and exit the vehicle.

11. Contrary to the Special Agents' orders, UYU-AGUIN continued moving his hands, held his cell phone, repeatedly grabbed a brown paper bag, and grabbed the steering wheel, clutch, and brake handle of the vehicle. As the Special Agent on the driver's side ("Special Agent-1") attempted to grab UYU-AGUIN's arms and hands, UYU-AGUIN repeatedly pushed Special Agent-1's hand away and pulling UYU-AGUIN's arm away from Special Agent-1's control.

12. Special Agent-1 deployed a taser against UYU-AGUIN to induce compliance. UYU-AGUIN continued to physically resist the Special Agents' control and grab at the vehicle's brake and clutch.

13. After several minutes during which UYU-AGUIN failed to comply with the Special Agents' commands to exit the vehicle, the Special Agents attempted to pull UYU-AGUIN out of the vehicle from the passenger's side, by grabbing UYU-AGUIN by the legs. UYU-AGUIN kicked Special Agent-1's arms and hands.

14. Once UYU-AGUIN was standing on the ground outside the passenger's side door, UYU-AGUIN shoved all three Special Agents out of the way and fled the scene on foot. The Special Agents chased UYU-AGUIN on foot for several minutes and eventually caught and detained UYU-AGUIN.

15. Following his administrative arrest, ICE took UYU-AGUIN's fingerprints.

16. Fingerprint analysis by ICE confirms that the fingerprints taken from UYU-AGUIN after his September 2025 administrative arrest by ICE match fingerprints for UYU-AGUIN that were previously entered into the Federal Bureau of Investigations' Next Generation Identification database. Visual inspection of UYU-AGUIN further confirms that he is the same person in the photograph taken just prior to his January 2025 removal.

17. Neither the Secretary of Homeland Security nor the Attorney General of the United States expressly consented to UYU-AGUIN's re-application for admission to the United States prior to his re-embarkation at a place outside the United States, or to his re-entry into the United States. UYU-AGUIN also did not receive a waiver allowing him to re-enter the United States.